IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENT MAHAFFEY                                                                              PLAINTIFF

v.                                          Case No. 4:22-cv-4080

ROBERT GENTERY, et al.                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed November 16, 2022, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 7.

On October 4, 2022, Plaintiff Kent Mahaffey filed an amended complaint, naming Tammy Fowler, Steven Foltz, "Jailer Shyanne," Arenar Romona, Whitney Higgins, "Jailer Dynamon," Robert Gentry, "Jailer Bob," Taylor Gentry, Chris Walcott, "Jailer Chris," and Blake Reel as defendants. ECF No. 4. That same day, Plaintiff filed a motion for leave to proceed in forma pauperis (IFP). ECF No. 5. However, Plaintiff's application was incomplete, and on October 6, 2022, Judge Bryant directed Plaintiff to either complete the IFP application or pay the filing fee by October 27, 2022. ECF No. 6. To date, Plaintiff has not completed the IFP application, paid the filing fee, or otherwise communicated with the Court. Therefore, Judge Bryant recommends dismissing Plaintiff's amended complaint. *See* ECF No. 7.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised, and finding no clear error on the face of the record, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Amended Complaint (ECF No. 4) is hereby **DISMISSED WITHOUT PREJUDICE**. Additionally, Plaintiff's Motion for Leave to Proceed in Forma Pauperis (ECF No. 5) is hereby **DENIED AS MOOT**.

Additionally, the instant dismissal constitutes a "strike" under the PLRA, 28 U.S.C. § 1915(g),

and the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

  **IT IS SO ORDERED**, this 8th day of December, 2022.

                 /s/ Susan O. Hickey
                 Susan O. Hickey
                 Chief United States District Judge